UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JACK B. SCHMETTERER | Hearing Date | June 24, 2013 |
| Bankruptcy Case No. | 12 B 41837 | Adversary No. | |
| Title of Case | In re: Tarsicio Soto | | |
| Brief Statement of Motion | Motion to Modify Stay by Ocwen Loan Servicing, LLC | | |
| Names and Addresses of moving counsel | See Attached Service Certificate | | |
| Representing | | | |

## ORDER

IT IS HEREBY ORDERED THAT the parties stipulated as of today that Debtor is $3,254.80 in post-petition arrearage on debt. Debtor offers $2,400.00 on account but Creditor refused to accept it even if it is ordered that they accept it without prejudice. Creditor has plead a property value of $70,000 and debt of $52,321.00, thereby admitting that Debtor has some equity that protects Creditor.

Therefore, Motion is set for final hearing *July 24, 2013, at 10:00 a.m.* in courtroom 682 for a full cure of post-petition arrearage, including requested fees and expenses, and the stay is ordered to remain in effect until that final hearing.

Enter: _____
Jack B. Schmetterer, U.S.B.J.